JUDGE AMY ST. EVE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MAGISTRATE JUDGE VALDEZ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Violations: 16CR 080 |
| | ) | 18 U.S.C. §§ 922(q)(2)(A) and |
| v. | ) | 922(x)(1)(A) and (B) |
| | ) | |
| VANDETTA REDWOOD | ) | **INDICTMENT** |

FILED

FEB 1 0 2016
Feb 10, 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL SEPTEMBER 2014 GRAND JURY charges:

On or about April 28, 2014, at Cook County, in the Northern District of Illinois, Eastern Division,

VANDETTA REDWOOD,

defendant herein, knowingly transferred a handgun and ammunition, namely, a loaded Smith & Wesson, Model 642 Airweight, .38 special caliber revolver, bearing serial number CRZ6547, to Minor A, knowing and having reasonable cause to believe that Minor A was a juvenile, in that she had not attained eighteen years of age, and knowing and having reasonable cause to believe that Minor A intended to carry and otherwise possess and discharge and otherwise use the handgun and ammunition in the commission of a crime of violence, namely first degree murder, aggravated battery with a firearm, and aggravated discharge of a firearm;

In violation of Title 18, United States Code, Sections 922(x)(1)(A) and (B), and 924(a)(6)(B)(ii).

## COUNT TWO

The SPECIAL SEPTEMBER 2014 GRAND JURY further charges:

On or about April 28, 2014, at Cook County, in the Northern District of Illinois, Eastern Division,

VANDETTA REDWOOD,

defendant herein, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Smith & Wesson, Model 642 Airweight, .38 special caliber revolver, bearing serial number CRZ6547, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm, within a distance of 1000 feet of the grounds of Oliver Wendell Holmes Elementary School and Visitation Catholic School, a place that the defendant knew and had reasonable cause to believe was a school zone;

In violation of Title 18, United States Code, Sections 922(q)(2)(A) and 924(a)(4).

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY