IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 16 CR 80 |
| Plaintiff | ) | |
| vs. | ) | Judge Amy J. St. Eve |
| | ) | |
| VANDETTA REDWOOD, | ) | |
| | ) | |
| Defendant | ) | |

## AMENDED NOTICE OF INTENT TO RELY ON EXPERT EVIDENCE OF A MENTAL CONDITION

    NOW COMES, the Defendant, Vandetta Redwood, ("Redwood" or "Defendant"), by and through her attorneys, Motta & Motta, LLC, and hereby notifies the government, pursuant to Rule 12.2(b) of the Federal Rules of Criminal Procedure, of her intention to introduce expert evidence relating to a mental disease or defect or any other mental condition of the Defendant bearing on the issue of guilt. That being said, the Defendant maintains her actual innocence in that she never possessed the gun and never gave a gun to D.P. and intends to maintain that innocence at the time of trial.

    Defendant reserve the right to withdrawal this notice and to proceed with her actual innocence defense without asserting any mental condition bearing on the issue guilt at the time of trial.

Respectfully Submitted:

/s/ Alison H. Motta
Motta & Motta, LLC
BY: Alison Motta
ARDC # 6284365
559 W. Galena Blvd., Aurora IL, 60506
Tele: 630-844-2766  Fax: 630-596-1689

## **CERTIFICATE OF SERVICE**

The undersigned, Alison H. Motta, an attorney with Motta & Motta, LLC and one of the Defendant's attorneys, hereby certifies that the following document:

AMENDED NOTICE OF INTENT TO RELY ON EXPERT EVIDENCE OF A MENTAL CONDITION

was served on May 24, 2016 in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF).

/s/ Alison H. Motta